## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

**JOHNNY TREVON COOK,**

    *Plaintiff,*

**v.**                                                              Case No.: 4:20cv521-MW/MAF

**MARK INCH,**

    *Defendant*.

_____/

### ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 3. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED**:

The report and recommendation is **accepted and adopted**, as this Court's opinion. This action shall be transferred to the U.S. District Court for the Southern District of Florida, Fort Pierce Division. The Clerk shall take all steps necessary to effect the transfer and close the file.

**SO ORDERED on March 1, 2021.**

                                                               s/Mark E. Walker       
                                                               **Chief United States District Judge**